JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

ANGEL GUILLEN RAYA,

                    Defendants.
_____

Case No. **EDCV 11-135 VAP**
EDCR 09-129 VAP

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

        Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated:  March 14, 2011

VIRGINIA A. PHILLIPS
United States District Judge